IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-01694-MSK-PAC

VERNA WILLIAMS,

    Plaintiff,

vs.

COLORADO DEPARTMENT OF CORRECTIONS;
MADLINE SABELL, individually and in her official
    capacity,

    Defendants.
_____

**ORDER RE: EXTENSION OF DEADLINES**
_____

This matter is before the Court on Plaintiff's *May 2, 2005 Consented Motion for Extension of Deadlines*. The motion was granted on May 6, 2005. It is therefore

ORDERED that the *Scheduling Order* is amended and the following new deadlines shall apply:

    Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 31, 2005

    Deadline for 28 U.S.C. §633(c) Consent to a Magistrate Judge  August 10, 2005

    Dispositive Motion Deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 31, 2005

    Plaintiff's Designation of Experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 31, 2005

    Defendants' Designation of Experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 31, 2005

    Designation of Rebuttal Experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 1, 2005

    DATED this 28th day of June, 2005.        BY THE COURT:

                                                s/ Patricia A. Coan
                                                Patricia A. Coan
                                                Magistrate Judge