IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01694-MSK-PAC

VERNA WILLIAMS,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MADLINE SABELL, individually and in her official capacity,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Extension of Time to Complete Discovery, filed September 21, 2005 [doc.# 52] is **granted**.  Plaintiff has until October 21, 2005 to complete discovery in this matter.  **FURTHER ORDERED** that defendant CDOC's Motion to Clarify, filed September 28, 2005 [doc. # 58] is **granted**.  The dispositive motion deadline of October 21, 2005 is still in effect.

Dated:  October 7, 2005

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  04-MK-1694 (PAC)

The undersigned certifies that a copy of the foregoing Minute Order was served on October 7, 2005 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

Mark Widmann Gerganoff, Esq. **
Frank & Finger, P.C.
29025 A Upper Bear Creek Road
P.O. Box 1477
Evergreen, CO   80437-1477

Cathy Havener Greer, Esq. *
William T. O'Connell, Esq.
Wells, Anderson & Race LLC
**D.C. Box No. 24**

Stephanie Linquist Scoville *
Assistant Attorney General
**D.C. Box No. 20**

                                                                                               _____
                                                                                                Deputy Clerk