IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01694-MSK-PAC

VERNA WILLIAMS,

     Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MADLINE SABELL, individually and in her official capacity,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Motion to Allow Chapter 7 Trustee to Appear by Telephone for Settlement Conference [filed November 29, 2005; Doc. No. 91] is **denied** for failure to comply with D.C.Colo. LCivR 71.A.

Dated:  December 2, 2005