IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01694-MSK-PAC

VERNA WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MADLINE SABELL, individually and in her official capacity,

    Defendants.

_____

### ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE BRIEF IN EXCESS OF PAGE LIMITATION
_____

This matter is before the Court upon Plaintiff's *Motion For Leave to File Response Brief in Excess of Page Limitation* (**#97**). The Court having reviewed the file hereby grants Plaintiffs' motion.

DATED this 5th day of December, 2005.

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*
                                  _____

                                  Marcia S. Krieger
                                  United States District Judge