IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01694-MSK-PAC

VERNA WILLIAMS,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MADLINE SABELL, individually and in her official capacity,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Scheduling Order including the Final Pretrial Conference set for January 19, 2006 is vacated as the parties have reached a settlement.

    IT IS **ORDERED** that plaintiff's Motion to Compel Discovery [filed October 21, 2005; Doc. No. 70] is **denied as moot.**

    Counsel for the Department of Corrections may contact my secretary to retrieve the Department of Corrections investigative files.  If they are not collected by December 23, 2005, they will be discarded

    IT IS **FURTHER ORDERED** that counsel shall file their Stipulation for Dismissal with the Court on or before **January 6, 2006.**

Dated:  December 8, 2005