IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01694-MSK-PAC

VERNA WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MADLINE SABELL, individually and in her official capacity,

    Defendants.

_____

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT, MADLINE SABELL**
_____

The parties have filed a Voluntary Stipulated Dismissal of Defendant Madline SaBell **(#110)**. After careful review of the stipulation

IT IS THEREFORE ORDERED as follows:

That Plaintiff's claims against Defendant Madline SaBell are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs. The caption on all further pleadings will delete Ms. Sabell as a Defendant.

DATED this 15th day of March 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge