IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01694-MSK-PAC

VERNA WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court, *sua sponte*. The parties have represented to the Court that this matter is resolved by settlement. The only contingency in completion of the settlement was approval of the Settlement Agreement by the U.S. Bankruptcy Court overseeing the Plaintiff's bankruptcy case 04-37220EEB. On March 10, 2006 the parties advised the Court that the Bankruptcy Court had approved the settlement agreement (#109). Thus there is no impediment to dismissal of the case.

IT IS THEREFORE ORDERED that this case is dismissed pursuant to the agreement of the parties. The clerk is directed to close the case.

DATED this 17th day of March 2006.

                                                  **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge